# United States Court of Appeals
### For The District of Columbia Circuit

**No. 24-1070**                  **September Term, 2023**

**FCC-89FR9968**

**Filed On: March 20, 2024** [2045926]

CTIA - The Wireless Association, et al.,

        Petitioners

    v.

Federal Communications Commission and
United States of America,

        Respondents

**O R D E R**

It appearing that the United States Court of Appeals for the U.S. Court of Appeals for the Sixth Circuit has been randomly selected by the U.S. Judicial Panel on Multidistrict Litigation as the court to review this case, it is

**ORDERED** that this case be transferred to the United States Court of Appeals for the Sixth Circuit. The Clerk is directed to send a copy of the order of the U.S. Judicial Panel on Multidistrict Litigation, a copy of this order, and this court's original file to the United States Court of Appeals for the Sixth Circuit.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                          BY:    /s/
                                  Scott H. Atchue
                                  Deputy Clerk