Nos. 24-3133/3206/3252

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 15, 2026
KELLY L. STEPHENS, Clerk

OHIO TELECOM ASSOCIATION (24-3133); )
TEXAS ASSOCIATION OF BUSINESS (24- )
3206); CTIA–THE WIRELESS ASSOCIATION, )
NCTA–THE INTERNET & TELEVISION )
ASSOCIATION, and USTELECOM–THE )
BROADBAND ASSOCIATION (24-3252), )
                            )
      Petitioners, )
                            )
HMILTON RELAY, INC., )
                            )
      Intervenor, )
                            )
v. )
                            )
FEDERAL COMMUNICATIONS COMMISSION, )
UNITED STATES OF AMERICA, )
                            )
      Respondents. )

O R D E R

**BEFORE:** GRIFFIN, STRANCH, and MATHIS, Circuit Judges.

Upon consideration of the motions of Cato Institute, Washington Legal Foundation, National Federation of Independent Business Small Business Legal Center, Inc., and the Buckeye Institute, U.S. Senator Eric S. Schmitt, U.S. Representative Scott Fitzgerald, and 22 Other Members, TechFreedom, and Mr. Michael Andrew Fragoso for leave to file a brief as amicus/amici curiae in support of petitioner's petition for rehearing en banc,

It is hereby **ORDERED** that the motions are **Granted.**

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk